B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of New York** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miller, Mary A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Mary A Wallis; FKA Mary A Cronin; AKA Mary A King** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8764** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5402 Peterboro Rd.**<br>**Oneida, NY**<br><div align="right">ZIP Code<br>**13421**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Madison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| --- | --- | --- |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
| --- | --- | --- |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| **Statistical/Administrative Information**<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                 Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Miller, Mary A.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ Jessica G. Grady**                         **June  8, 2015**<br>Signature of Attorney for Debtor(s)                      (Date)<br>**Jessica G. Grady** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>————————————————————————<br>(Name of landlord that obtained judgment)<br><br><br>————————————————————————<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Miller, Mary A.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mary A. Miller**
Signature of Debtor **Mary A. Miller**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 8, 2015**
Date

#### Signature of Attorney*

X **/s/ Jessica G. Grady**
Signature of Attorney for Debtor(s)

**Jessica G. Grady**
Printed Name of Attorney for Debtor(s)

**Harris-Courage & Grady, PLLC**
Firm Name

**225 Greenfield Parkway**
**Ste. 107**
**Liverpool, NY 13088**
Address

**Email: office@harrisbankruptcy.com**
**315-445-5608  Fax: 315-445-0738**
Telephone Number

**June 8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of New York

In re   **Mary A. Miller** _____   Case No. _____
                                              Debtor(s)          Chapter     **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court
can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your
creditors will be able to resume collection activities against you. If your case is dismissed and you file
another bankruptcy case later, you may be required to pay a second filing fee and you may have to take
extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete
and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have
a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy
of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do
not have a certificate from the agency describing the services provided to me. *You must file a copy of a
certificate from the agency describing the services provided to you and a copy of any debt repayment plan
developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to
obtain the services during the seven days from the time I made my request, and the following exigent
circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case
now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing
within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together with a copy of any debt management plan developed
through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any
extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.
Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy
case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

       ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Mary A. Miller
                              Mary A. Miller

Date:    June  8, 2015

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of New York

In re    **Mary A. Miller**                              ,      Case No. _____
                                   Debtor              Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,280.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,213.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 87,851.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,273.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,246.00 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 6,280.00 | | |
| Total Liabilities | | | | 93,064.74 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of New York

In re  **Mary A. Miller**

,

Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,273.87 |
| Average Expenses (from Schedule J, Line 22) | 3,246.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,201.29 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 440.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 87,851.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 88,291.74 |

B6A (Official Form 6A) (12/07)

.

In re    **Mary A. Miller**                                                                                                  ,          Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Mary A. Miller**                                                                      ,     Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **prepaid debit card** | | **32.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit w/ landlord** | - | **850.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | | **450.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc Household Goods** | | **50.00** |
| 6. Wearing apparel. | | **Clothes** | | **80.00** |
| 7. Furs and jewelry. | | **Misc Jewelry** | | **15.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | | **10.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **1,507.00**
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mary A. Miller**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                              Sub-Total >                    **0.00**
                                                                          (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mary A. Miller**                                              ,      Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Nissan Altima** | | 4,773.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,773.00** |
| (Total of this page) | |
| Total > | **6,280.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Mary A. Miller**                                                              ,        Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)               *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **11 U.S.C § 522(d)(5)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **prepaid debit card** | **11 U.S.C. § 522(d)(5)** | **32.00** | **32.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **security deposit w/ landlord** | **11 U.S.C. § 522(d)(5)** | **850.00** | **850.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **11 U.S.C. § 522(d)(3)** | **450.00** | **450.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc Household Goods** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **11 U.S.C. § 522(d)(3)** | **80.00** | **80.00** |
| **Furs and Jewelry** | | | |
| **Misc Jewelry** | **11 U.S.C. § 522(d)(4)** | **15.00** | **15.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera** | **11 U.S.C. § 522(d)(5)** | **10.00** | **10.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Nissan Altima** | **11 U.S.C. § 522(d)(5)** | **3,675.00** | **4,773.00** |

|  | Total: | **5,182.00** | **6,280.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Mary A. Miller**                                                                                  ,          Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2008 Nissan Altima** | | | | | |
| **Time Buyers Inc.**<br>**3313 Seneca Tpke**<br>**Canastota, NY 13032** | | - | | | | | | |
| | | | Value $              **4,773.00** | | | | **5,213.00** | **440.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal<br>(Total of this page) | **5,213.00** | **440.00** |
| | Total<br>(Report on Summary of Schedules) | **5,213.00** | **440.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **Mary A. Miller**                                                                 ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Mary A. Miller**                                                         ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13421020200<br><br>**Abc Distributing, LLC**<br>**PO Box 619000**<br>**North Miami, FL 33261-9000** | | - | | | | | 134.00 |
| Account No.<br><br>**Alexander's Garden Gallery**<br>**RR #5 Box 163**<br>**Canastota, NY 13032** | | - | | | | | 77.00 |
| Account No.<br><br>**ALLIANCE BANK**<br>**One Park Place**<br>**300 South State ST**<br>**Syracuse, NY 13202** | X | - | Judgment | | | | 8,425.00 |
| Account No.<br><br>**Riehlman Shafer & Shafer**<br>**397 State Route 281**<br>**Tully, NY 13159-2486** | | | Representing:<br>**ALLIANCE BANK** | | | | **Notice Only** |

| | | |
|---|---|---|
| __37__  continuation sheets attached | Subtotal<br>(Total of this page) | **8,636.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4299** | | | | | | | |
| Anand Desai, MD PC PO Box 456 Rome, NY 13442 | | - | | | | | 245.00 |
| Account No. | | | | | | | |
| American Recovery Systems PO Box 456 Rome, NY 13442-0456 | | | Representing: Anand Desai, MD PC | | | | Notice Only |
| Account No. 4731-9004-4545-7426 | | | | | | | |
| AOL Online PO Box 30622 Tampa, FL 33630-3622 | | - | | | | | 369.00 |
| Account No. **Multiple accounts** | | | | | | | |
| AT&T PO Box 8110 Aurora, IL 60507-8110 | | - | | | | | 231.00 |
| Account No. | | | | | | | |
| CAVALRY PORTFOLIO SERVICES ATTN: BANKRUPTCY DEPT PO BOX 1017 HAWTHORNE, NY 10532 | | | Representing: AT&T | | | | Notice Only |

Sheet no. __1___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

845.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**IC SYSTEMS** <br>**PO BOX 64378** <br>**ST PAUL, MN 55164** | | | | Representing: <br>AT&T | | | | **Notice Only** |
| Account No. **6982090** <br><br>**Avon** <br>**413 Bacon Street** <br>**Utica, NY 13501** | | - | | | | | | **943.00** |
| Account No. <br><br>**Allied Data Corporation** <br>**13111 Westheimer Ste 400** <br>**TX 77077-5547** | | | | Representing: <br>Avon | | | | **Notice Only** |
| Account No. <br><br>**LTD Financial Services** <br>**7322 Southwest Freeway Suite 1600** <br>**Houston, TX 77074** | | | | Representing: <br>Avon | | | | **Notice Only** |
| Account No. <br><br>**Ncs Inc.** <br>**PO Box 1285** <br>**Melville, NY 11747** | | | | Representing: <br>Avon | | | | **Notice Only** |

Sheet no. __**2**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**943.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **002293517803** <br><br>**BANK OF AMERICA** <br>**ATTN: BANKRUPTCY DEPT,** <br>**NC4-105-03-14** <br>**4161 PIEDMONT PARKWAY** <br>**GREENSBORO, NC 27420** | - | | Over Draft | | | | 123.00 |
| Account No. <br><br>**Penncro Associates** <br>**PO Box 538** <br>**Oaks, PA 19456** | | | Representing: <br>BANK OF AMERICA | | | | Notice Only |
| Account No. **3152455249446259** <br><br>**Bell Atlantic** <br>**PO Box 15124** <br>**Albany, NY 12212-5124** | - | | | | | | 786.00 |
| Account No. **641754-00-5572257** <br><br>**BENEFICIAL** <br>**ATTN: BANKRUPTCY DEPT** <br>**961 WEIGEL AVE** <br>**ELMHURST, IL 60126-1058** | - | | | | | | 2,456.00 |
| Account No. **4431-1850-0066-9788** <br><br>**Best Bank** <br>**4000 West Brown Deer Rd** <br>**Milwaukee, WI 53209** | - | | | | | | 762.00 |

Sheet no. __3___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,127.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Assecare Inc** 5100 Peachtree Industrial Blvd Norcross, GA 30071 | | | | Representing: Best Bank | | | | Notice Only |
| Account No. **Integrated Capital** 11100 Santa Monica Blvd Ste. 360 Los Angeles, CA 90025 | | | | Representing: Best Bank | | | | Notice Only |
| Account No. **Better Homes & Gardens** PO Box 10670 DesMoines, IA 50336-0670 | | - | | | | | | 22.74 |
| Account No. **North Shore Agency, Inc.** 270 Spagnoli Road Melville, NY 11747 | | | | Representing: Better Homes & Gardens | | | | Notice Only |
| Account No. **Multiple Accounts** **Blair Classic** PO Box 29239 Shawnee Mission, KS 66201-9239 | | - | | | | | | 343.00 |

| | | |
|---|---|---|
| Sheet no. __4__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 365.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                      ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ASSET ACCEPTANCE**<br>**PO BOX 2036**<br>**WARREN, MI 48090-2036** | | | | **Representing:**<br>**Blair Classic** | | | | **Notice Only** |
| Account No. <br><br>**CRA Security Systems**<br>**PO Box 67555**<br>**Harrisburg, PA 17106-7555** | | | | **Representing:**<br>**Blair Classic** | | | | **Notice Only** |
| Account No. <br><br>**Bradford Editions**<br>**PO Box 836**<br>**Morton Grove, IL 60053** | | - | | | | | | **34.00** |
| Account No. <br><br>**Direct Marketing Credit Services**<br>**PO Box 863**<br>**Glendale, CA 91209** | | | | **Representing:**<br>**Bradford Editions** | | | | **Notice Only** |
| Account No. <br><br>**Bradford Exchange**<br>**PO Box 836**<br>**Morton Grove, IL 60053** | | - | | | | | | **46.00** |

Sheet no. __**5**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller** _____,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North Shore Agency, Inc.**<br>**270 Spagnoli Road**<br>**Melville, NY 11747** | | | **Representing:**<br>**Bradford Exchange** | | | | **Notice Only** |
| Account No.<br><br>**Universal Fidelity**<br>**PO Box 941911**<br>**Houston, TX 77094-8911** | | | **Representing:**<br>**Bradford Exchange** | | | | **Notice Only** |
| Account No.<br><br>**CAPITAL ONE**<br>**BANKRUPTCY DEPARTMENT**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | - | | | | | | **2,290.00** |
| Account No. **5770914925632947**<br><br>**Card Processing Center**<br>**PO Box 183018**<br>**Columbus, OH 43218** | - | | | | | | **440.00** |
| Account No.<br><br>**FMS INC Forme**<br>**4915 S Union Ave**<br>**Tulsa, OK 74107-7839** | | | **Representing:**<br>**Card Processing Center** | | | | **Notice Only** |

Sheet no. __6__ of __37__ sheets attached to Schedule of    Subtotal    **2,730.00**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                    ,                    Case No. _____

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **49705** <br><br> **Central NY Cardiology** <br> **2211 Genesee St. Suite 200** <br> **Utica, NY 13501** | - | | | | | | 900.00 |
| Account No. <br><br> **Stewart D. Pratt** <br> **502 Burnet Street** <br> **Utica, NY 13501** | | | **Representing:** <br> **Central NY Cardiology** | | | | Notice Only |
| Account No. **multiple accounts** <br><br> **Centrex Clinical Laboratories** <br> **28 Campion Rd** <br> **New Hartford, NY 13413** | - | | **Medical** | | | | 1,836.00 |
| Account No. <br><br> **MED REV RECOVERIES, INC.** <br> **PO BOX 4712** <br> **SYRACUSE, NY 13221-4712** | | | **Representing:** <br> **Centrex Clinical Laboratories** | | | | Notice Only |
| Account No. <br><br> **Chittenango Medical & Wellness Assoc.** <br> **227 East Genesee St.** <br> **Chittenango, NY 13037** | - | | | | | | 328.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,064.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1323** <br><br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy Ste 200**<br>**Brea, CA 92821** | - | | **Med1 02 Medical Payment Data** | | | | **602.00** |
| Account No. <br><br>**Community Memorial Hospital**<br>**150 Broad St.**<br>**Hamilton, NY 13346** | - | | | | | | **1,500.00** |
| Account No. <br><br>**MED REV RECOVERIES, INC.**<br>**424 PEARL ST.**<br>**SYRACUSE, NY 13203** | | | **Representing:**<br>**Community Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Cosmetique**<br>**PO Box 94061**<br>**Palatine, IL 60094** | - | | | | | | **11.00** |
| Account No. <br><br>**North Shore Agency, Inc.**<br>**270 Spagnoli Road**<br>**Melville, NY 11747** | | | **Representing:**<br>**Cosmetique** | | | | **Notice Only** |

Sheet no. __8___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,113.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Judgment | | | | |
| **CREDIT ACCEPTANCE CORPERATION A Michigan Corporation 25505 West Twelve Mile Rd PO Box 513 Southfield, MI 48034** | - | | | | | | | **10,352.00** |
| Account No. | | | | | | | | |
| **LeSchack & Grodensky PC 20 Thomas St. New York, NY 10007** | | | | Representing: **CREDIT ACCEPTANCE CORPERATION** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Stephen Einstein & Associates, P.C. 20 Vesey Street, Ste. 1406 New York, NY 10007** | | | | Representing: **CREDIT ACCEPTANCE CORPERATION** | | | | **Notice Only** |
| Account No. **xxxx9338** | | | | **06 Progressive Insurance Company** | | | | |
| **Credit Collections Svc Po Box 773 Needham, MA 02494** | - | | | | | | | **251.00** |
| Account No. **5414-9073-9134-6884** | | | | | | | | |
| **Cross Country Bank PO Box 15371 Wilmington, DE 19850** | - | | | | | | | **665.00** |

| | | |
|---|---|---|
| Sheet no. __9___ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **11,268.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**First National Collect Bureau, Inc.** <br>**610 Waltham Way** <br>**Sparks, NV 89434** | | | | **Representing:** <br>**Cross Country Bank** | | | | **Notice Only** |
| Account No. <br><br>**Tate & Kirlin Associates** <br>**2810 Southampton Rd** <br>**Philadelphia, PA 19154-1207** | | | | **Representing:** <br>**Cross Country Bank** | | | | **Notice Only** |
| Account No. <br><br>**Crossing Book Club** <br>**PO Bxo 6400** <br>**Camp Hill, PA 17012-6400** | - | | | | | | | **107.00** |
| Account No. <br><br>**Penn Credit Corporation** <br>**916 S. 14th Street** <br>**Harrisburg, PA 17104** | | | | **Representing:** <br>**Crossing Book Club** | | | | **Notice Only** |
| Account No. <br><br>**Dr. Elmasouri** <br>**24 Mexico St.** <br>**Camden, NY 13316** | - | | | | | | | **29.00** |

Sheet no. __**10**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal                       **136.00**
                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Emergency Care Services Of NY** PO Box 740021 Cincinnati, OH 45274-0021 | - | | | | | | 23.00 |
| Account No. **Akron Billing Center** 3585 Ridge Park Dr. Akron, OH 44333 | | | Representing: Emergency Care Services Of NY | | | | Notice Only |
| Account No. **multiple accounts** **Family Health Center Of Community Memorial Hospital** PO Box 317 Hamilton, NY 13346 | - | | | | | | 1,243.00 |
| Account No. **Fashion Services Corp** 366 Persall Ave. #7 Cedarhurst, NY 11516 | - | | | | | | 74.00 |
| Account No. **USA Enterprises Inc.** 639 Myrtle Ave Trevose, PA 19053 | | | Representing: Fashion Services Corp | | | | Notice Only |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,340.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **multiple accounts**<br><br>**Faxton St. Luke's Healthcare**<br>**PO Box 4849**<br>**Utica, NY 13504** | - | | **Medical** | | | | **2,422.00** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth St., PO Box 5238**<br>**Winston-Salem, NC 27113-5238** | | | **Representing:**<br>**Faxton St. Luke's Healthcare** | | | | **Notice Only** |
| Account No.<br><br>**MED REV RECOVERIES, INC.**<br>**PO BOX 4712**<br>**SYRACUSE, NY 13221-4712** | | | **Representing:**<br>**Faxton St. Luke's Healthcare** | | | | **Notice Only** |
| Account No.<br><br>**Mohawk Valley Network, Inc**<br>**PO Box 4849**<br>**Utica, NY 13504** | | | **Representing:**<br>**Faxton St. Luke's Healthcare** | | | | **Notice Only** |
| Account No.<br><br>**Senex Service Corp.**<br>**PO Box 505**<br>**Linden, MI 48451** | | | **Representing:**<br>**Faxton St. Luke's Healthcare** | | | | **Notice Only** |

Sheet no. __**12**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,422.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4731-9004-4545-7426**<br><br>**FIRST NATIONAL BANK OF MARIN/CREDIT ONE**<br>**585 PILOT ROAD**<br>**LAS VEGAS, NV 89119** | - | | | | | | 369.00 |
| Account No.<br><br>**ALLIANCE 1**<br>**4850 STREET RD. STE 300**<br>**TREVOSE, PA 19053** | | | Representing:<br>**FIRST NATIONAL BANK OF MARIN/CREDIT ONE** | | | | Notice Only |
| Account No. **5178-0070-2154-8979**<br><br>**FIRST PREMIER BANK**<br>**ATTN:  CORRESPONDENCE DEPT**<br>**3820 N LOUISE AVE**<br>**SIOUX FALLS, SD 57107** | - | | | | | | 415.00 |
| Account No.<br><br>**ARROW FINANCIAL SERVICES**<br>**5996 W. TOUHY AVE**<br>**NILES, IL 60714** | | | Representing:<br>**FIRST PREMIER BANK** | | | | Notice Only |
| Account No.<br><br>**PORTFOLIO RECOVERY ASSOCIATES**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 41067**<br>**NORFOLK, VA 23541** | | | Representing:<br>**FIRST PREMIER BANK** | | | | Notice Only |

Sheet no. __**13**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

784.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                      ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Food And Family** **1716 Locust Street** **Desmoines, IA 50309-3023** | - | | | | | | | 14.00 |
| Account No. **480630000000326982407** | | | | | | | | |
| **FORD MOTOR CREDIT COMPANY** **National Bankruptcy Service Center** **PO Box 537901** **Livonia, MI 48153-7901** | - | | | | | | | 1,116.00 |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates** **120 Corporate Blvd Ste 100** **Norfolk, VA 23502-4962** | | | | **Representing:** **FORD MOTOR CREDIT COMPANY** | | | | **Notice Only** |
| Account No. **31568495771222084** | | | | | | | | |
| **Frontier** **PO Box 20827** **Rochester, NY 14602-0827** | - | | | | | | | 277.00 |
| Account No. | | | | | | | | |
| **GEICO** **4608 WILLARD AVE** **CHEVEY CHASE, MD 20815** | - | | | | | | | 90.00 |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,497.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Credit Collection Services** **Two Wells Ave.** **Needham, MA 02494** | | | **Representing:** **GEICO** | | | | **Notice Only** |
| Account No. **Multiple Accounts** | | - | **Medical** | | | | |
| **Great Lakes Dental Services PC** **107 East Chestnut St.** **Rome, NY 13057** | | | | | | | **53.00** |
| Account No. **289755357** | | - | | | | | |
| **Grolier Collectibles** **90 Sherman Turnpike** **Danbury, CT 06816** | | | | | | | **16.00** |
| Account No. **3243** | | - | | | | | |
| **Happy Valley Animal Hospital** **6127 Happy Valley Road** **Verona, NY 13478** | | | | | | | **600.00** |
| Account No. **2307507003157708** | | - | | | | | |
| **HSBC BANK** **ATTN: BANKRUPTCY** **PO BOX 5253** **CAROL STREAM, IL 60197** | | | | | | | **1,600.00** |

Sheet no. __15__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,269.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MRS Associates**<br>**3 Executive Campus, Ste 400**<br>**Cherry Hill, NJ 08002** | | | Representing:<br>**HSBC BANK** | | | | **Notice Only** |
| Account No. **4136658** <br><br>**IDT TELECOM**<br>**Attn: Bankruptcy Department**<br>**520 Broad St.**<br>**Newark, NJ 07102** | | - | | | | | **207.00** |
| Account No. <br><br>**OSI Collection Service**<br>**PO Box 4918**<br>**Trenton, NJ 08650** | | | Representing:<br>**IDT TELECOM** | | | | **Notice Only** |
| Account No. <br><br>**Penn Credit Corporation**<br>**916 S. 14th Street**<br>**Harrisburg, PA 17104** | | | Representing:<br>**IDT TELECOM** | | | | **Notice Only** |
| Account No. <br><br>**Kozhaya Karrat**<br>**317 Higby Rd.**<br>**New Hartford, NY 13413** | | - | **Judgment** | | | | **2,400.00** |

Sheet no. __**16**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,607.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller** _____ ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Peter M. Hobaica Esq** 2415 Genesee St. Utica, NY 13501 | | | | Representing: Kozhaya Karrat | | | | Notice Only |
| Account No. 151680386515054948 **Lenox Collections** PO Box 735 Bristol, PA 19007 | | - | | | | | | 76.00 |
| Account No. **ERS SOLUTIONS** PO BOX 9004 RENTON, WA 98057 | | | | Representing: Lenox Collections | | | | Notice Only |
| Account No. **RMCB** PO Box 1234 Elmsford, NY 10523-0934 | | | | Representing: Lenox Collections | | | | Notice Only |
| Account No. **Madison County Dept Of Soc Serv** PO Box 637 Wampsville, NY 13163 | | - | | | | | | 980.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,056.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                  ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4006-1000-0083-9575** | | | | | | | |
| **Management Outsourcing Solution & Techno** 2C South Gold Drive Trenton, NJ 08691 | - | | | | | | 380.00 |
| Account No. | | | | | | | |
| **Law Office Of Laurence A. Hecker** 2C South Gold Drive Hamilton, NJ 08691 | | | Representing: **Management Outsourcing Solution & Techno** | | | | Notice Only |
| Account No. **Multiple Accounts** | | | | | | | |
| **MCI** ATTN: APD-BANKRUPTCY 500 TECHNOLOGY DRIVE-STE 300 WELDON SPRING, MO 63304 | - | | | | | | 253.00 |
| Account No. | | | | | | | |
| **FMS INC Forme** 4915 S Union Ave Tulsa, OK 74107-7839 | | | Representing: **MCI** | | | | Notice Only |
| Account No. | | | | | | | |
| **Metropolitan Consumer Collection Service** PO Box 50002 Watsonville, NY 95077 | | | Representing: **MCI** | | | | Notice Only |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **633.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MEID Construction** <br> **1341 Middle Rd.** <br> **Oneida, NY 13421** | - | | | | | | 34.00 |
| Account No. **206155** <br><br> **Mohammed S. Seedat MD** <br> **1009 East Ave** <br> **Rome, NY 13440** | - | | Medical | | | | 60.00 |
| Account No. **08055667029/710356661** <br><br> **Mystery Book Club** <br> **96 Forest Garden Rd.** <br> **Stevensville, MD 21666** | - | | | | | | 82.00 |
| Account No. <br><br> **RJM ACQ** <br> **575 Underhill Blvd Suite 224** <br> **Syosset, NY 11791** | - | | Representing: <br> **Mystery Book Club** | | | | Notice Only |
| Account No. **Multiple Accounts** <br><br> **NATIONAL GRID** <br> **ATTN: BANKRUPTCY DEPT.** <br> **300 ERIE BLVD. WEST** <br> **SYRACUSE, NY 13202-4250** | - | | | | | | 7,569.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,745.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **SOLOMON & SOLOMON FIVE COLUMBIA CIRCLE ALBANY, NY 12203** | | | | Representing: **NATIONAL GRID** | | | | **Notice Only** |
| Account No. 1243152454512598 | | | | | | | | |
| **New Century Financial Serivces, Inc. 110 S Jefferson RD STE 4 Whippany, NJ 07981** | | - | | | | | | **299.00** |
| Account No. | | | | | | | | |
| **PRESSLER & PRESSLER 305 Broadway 9th Floor New York, NY 10007** | | | | Representing: **New Century Financial Serivces, Inc.** | | | | **Notice Only** |
| Account No. **Multiple Accounts** | | | | | | | | |
| **NIAGARA MOHAWK ATTN: BANKRUPTCY DEPT. 300 ERIE BLVD. WEST SYRACUSE, NY 13202-4250** | | - | | | | | | **3,869.00** |
| Account No. | | | | | | | | |
| **Mercantile Adjustment Bureau PO Box 9016 Williamsville, NY 14231** | | | | Representing: **NIAGARA MOHAWK** | | | | **Notice Only** |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,168.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                                 ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Multiple Accounts** | | | | | | | | |
| **NYSEG ATTN: BANKRUPTCY DEPT. PO BOX 5240 BINGHAMTON, NY 13902-5240** | - | | | | | | | **3,367.00** |
| Account No. | | | | | | | | |
| **Alliance One Receivables Management, Inc 1684 Woodlands Dr. Ste 150 Maumee, OH 43537** | | | | Representing: NYSEG | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO FINANCIAL SYSTEMS 507 Prudential Road Horsham, PA 19044** | | | | Representing: NYSEG | | | | **Notice Only** |
| Account No. **A5947** | | | | | | | | |
| **Oneida Animal Hospital 101 Genesee Street Oneida, NY 13421** | - | | | | | | | **120.00** |
| Account No. **1028989** | | | | | | | | |
| **Oneida Daily Dispatch 130 Broad Street Oneida, NY 13421** | - | | | | | | | **34.00** |

Sheet no. __**21**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **3,521.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller**                                                                                  ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Multiple Accounts**<br><br>**Oneida Healthcare Center**<br>**321 Genesee Street**<br>**Oneida, NY 13421** | - | | | | **Medical - Judgments Index Nos. 13208-2004, 14033, 01-01173, 13052-2004** | | | | **8,622.00** |
| Account No.<br><br>**MED REV RECOVERIES, INC.**<br>**PO BOX 4712**<br>**SYRACUSE, NY 13221-4712** | | | | | **Representing:**<br>**Oneida Healthcare Center** | | | | **Notice Only** |
| Account No.<br><br>**ROBERT P. ROTHMAN, ESQ**<br>**SUITE 107**<br>**120 E. WASHINGTON ST**<br>**SYRACUSE, NY 13202** | | | | | **Representing:**<br>**Oneida Healthcare Center** | | | | **Notice Only** |
| Account No.<br><br>**Stewart D. Pratt**<br>**502 Burnet Street**<br>**Utica, NY 13501** | | | | | **Representing:**<br>**Oneida Healthcare Center** | | | | **Notice Only** |
| Account No.<br><br>**Oneida Healthcare Rad Assoc  PC**<br>**PO BOX 6120**<br>**Watertown, NY 13601-6120** | - | | | | | | | | **36.00** |

Sheet no. __**22**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,658.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller**                                                                ,                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Falcon Recovery Systems**<br>**PO Box 552**<br>**Canton, NY 13617** | | | **Representing:**<br>**Oneida Healthcare Rad Assoc  PC** | | | | **Notice Only** |
| Account No. **11204**<br><br>**Oneida Medical Associates**<br>**301 Genesee Street STe B**<br>**Oneida, NY 13421** | | - | | | | | **184.00** |
| Account No. <br><br>**Oxmoor House**<br>**2100 Lakeshore Dr.**<br>**Birmingham, AL 35209** | | - | | | | | **25.00** |
| Account No. <br><br>**North Shore Agency, Inc.**<br>**270 Spagnoli Road**<br>**Melville, NY 11747** | | | **Representing:**<br>**Oxmoor House** | | | | **Notice Only** |
| Account No. **932CRONI38066**<br><br>**Pathology Asoc. Of Syr. Lab PLLC**<br>**PO Box 37313**<br>**Syracuse, NY 13235** | | - | | | | | **44.00** |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**253.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                                 ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **4317-3200-7187-6157**<br><br>**Plains Commerce Bank**<br>**2101 W. 41st St. Ste 34**<br>**Sioux Falls, SD 57105** | | - | | | | | | **329.00** |
| Account No.<br><br>**Popular Club**<br>**22 Lincoln Pl**<br>**Garfield, NJ 07026** | | - | | | | | | **320.00** |
| Account No.<br><br>**Penncro Associates**<br>**PO Box 538**<br>**Oaks, PA 19456** | | | | **Representing:**<br>**Popular Club** | | | | **Notice Only** |
| Account No.<br><br>**Preferred Mutual Insurance**<br>**Main St.**<br>**PO Box 190**<br>**Morrisville, NY 13408** | | - | | | | | | **256.00** |
| Account No. **0317998888**<br><br>**Prevention**<br>**PO Box 7319**<br>**Red Oak, IA 51591-0319** | | - | | | | | | **48.00** |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **953.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Mary A. Miller**                                                      ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rodale**<br>**33 E. Minor Street**<br>**Emmaus, PA 18098** | | | | **Representing:**<br>**Prevention** | | | | **Notice Only** |
| Account No.<br><br>**Sunrise Credit Services**<br>**260 Airport Plaza**<br>**Farmingdale, NY 11735** | | | | **Representing:**<br>**Prevention** | | | | **Notice Only** |
| Account No.<br><br>**Progressive**<br>**PO Box 7247-0308**<br>**Philadelphia, PA 19170-0001** | - | | | | | | | **225.00** |
| Account No.<br><br>**NCO FINANCIAL SYSTEMS**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | **Representing:**<br>**Progressive** | | | | **Notice Only** |
| Account No.<br><br>**Publishers Clearing House**<br>**PO Box 26305**<br>**Lehigh Valley, PA 18002-6305** | - | | | | | | | **54.00** |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **279.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North Shore Agency, Inc.**<br>**4000 East Fifth Ave**<br>**Columbus, OH 43219** | | | **Representing:**<br>**Publishers Clearing House** | | | | **Notice Only** |
| Account No.<br><br>**Publishers Clearing House**<br>**PO Box 4002936**<br>**Des Moines, IA 50340-2936** | | - | | | | | **20.00** |
| Account No.  **104836e15**<br><br>**Rad Assoc Of New Hartford**<br>**PO Box 2009**<br>**East Syracuse, NY 13057** | | - | **Medical** | | | | **1,068.00** |
| Account No.  **8901-04**<br><br>**Radiology Associates Of Oneida**<br>**185 Genesee Street, St. 600**<br>**Utica, NY 13501** | | - | **Medical** | | | | **193.00** |
| Account No.  **592014013**<br><br>**Reader Service**<br>**PO Box 9025**<br>**Buffalo, NY 14269** | | - | | | | | **18.00** |

Sheet no.  __26__  of  __37__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,299.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00240109777** <br><br> **Readers Digest** <br> **PO Box 50005** <br> **Prescott, AZ 86304-5005** | - | | | | | | 32.00 |
| Account No. <br><br> **Credit Collection Services** <br> **PO Box 55126** <br> **Boston, MA 02205-5126** | | | **Representing:** <br> **Readers Digest** | | | | Notice Only |
| Account No. **xxxx8295** <br><br> **Receivables Performanc** <br> **20816 44th Ave W** <br> **Lynnwood, WA 98036** | - | | **Opened 10/01/13** <br> **Collection Attorney Time Warner Cable** | | | | 255.00 |
| Account No. <br><br> **Rewards Network** <br> **2 N. Riveride Plaza Suite 950** <br> **Chicago, IL 60606** | - | | | | | | 380.00 |
| Account No. <br><br> **Credit Management Group LLC** <br> **301 Keith St. SW #204** <br> **Cleveland, TN 37311** | | | **Representing:** <br> **Rewards Network** | | | | Notice Only |

Sheet no. __**27**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **667.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Mary A. Miller_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| P. Scott Lowery, PC 4500 Cherry Creek Drive South, Ste. 700 Denver, CO 80246 | | | | Representing: Rewards Network | | | | Notice Only |
| Account No. | | | | | | | | |
| rodale PO Box 6001 Emmaus, PA 18098 | | - | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Takhar Collection Services 537-1623 Military Rd. Niagara Falls, NY 14304 | | | | Representing: rodale | | | | Notice Only |
| Account No. ROMCRON041776 | | | | Medical | | | | |
| Rome Emergency Services 484 Temple Hill Rd Ste 104 New Windsor, NY 12553-5529 | | - | | | | | | 444.00 |
| Account No. | | | | | | | | |
| Collection Bureau Of The Hudson Valley, PO Bxo 831 Newburgh, NY 12551 | | | | Representing: Rome Emergency Services | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no. __28__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 544.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Mary A. Miller** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **167733-03** | | | | Medical | | | | |
| Rome Medical Radiology 185 Genesee Street, Ste 600 Utica, NY 13501 | - | | | | | | | 28.00 |
| Account No. **Multiple Accounts** | | | | Medical | | | | |
| ROME MEMORIAL HOSPITAL 1500 NORTH JAMES ST ROME, NY 13440 | - | | | | | | | 990.00 |
| Account No. | | | | Representing: ROME MEMORIAL HOSPITAL | | | | |
| Credit Bureau Services 821 Pe Emption Road Bldg 100 Geneva, NY 14456-2061 | | | | | | | | Notice Only |
| Account No. | | | | | | | | |
| Senex Services 1574 Momentum Place Chicago, IL 60689 | - | | | | | | | 150.00 |
| Account No. **xxxx4342** | | | | Opened 4/01/13 Last Active 4/06/15 Collection Attorney New York State Electric And Ga | | | | |
| Solomon & Solomon P C 5 Columbia Circle Albany, NY 12203 | - | | | | | | | 1,802.00 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,970.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**
_____,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4925632947**<br><br>**SPIEGEL<br>ATTN: BANKRUPTCY<br>PO BOX 9428<br>HAMPTON, VA 23541** | - | | | | | | 440.00 |
| Account No.<br><br>**Great Lakes Collection Bureau Inc.<br>45 Oak Street<br>Buffalo, NY 14203-2697** | | | Representing:<br>SPIEGEL | | | | Notice Only |
| Account No.<br><br>**Law Office Of Mitchell N. Kay, P.C.<br>7 Penn Plaza<br>New York, NY 10001-3995** | | | Representing:<br>SPIEGEL | | | | Notice Only |
| Account No.<br><br>**Midland Credit Management<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255** | | | Representing:<br>SPIEGEL | | | | Notice Only |
| Account No. **607843163**<br><br>**Sprint<br>PO Box 1769<br>Newark, NJ 07101-1769** | - | | | | | | 248.00 |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **688.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Diversfied Adjustment Service, Inc.** <br>**600 Coon Rapids Blvd** <br>**Coon Rapids, MN 55433** | | | Representing: <br>Sprint | | | | **Notice Only** |
| Account No. **Multiple Accounts** <br><br>**St. Elizabeth Medical Center** <br>**2209 Genesee St** <br>**Utica, NY 13501-5930** | | - | Medical | | | | **493.00** |
| Account No. <br><br>**Albert Damian Associates Inc.** <br>**PO Box 205** <br>**Syracuse, NY 13211** | | | Representing: <br>**St. Elizabeth Medical Center** | | | | **Notice Only** |
| Account No. <br><br>**MED REV RECOVERIES, INC.** <br>**PO BOX 4712** <br>**SYRACUSE, NY 13221-4712** | | | Representing: <br>**St. Elizabeth Medical Center** | | | | **Notice Only** |
| Account No. **44418** <br><br>**Steven A. Levine D.O** <br>**Pulmonary/Critcal Care & Sleep** <br>**Medicine** <br>**89 Genesee St.** <br>**New Hartford, NY 13413** | | - | Medical | | | | **160.00** |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**653.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller** ,                                                  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. <br><br> **Southern Tier Credit Bureau** <br> **PO Box 118** <br> **Hornell, NY 14843-1527** | | | | Representing: <br> **Steven A. Levine D.O** | | | | **Notice Only** |
| Account No. **20065** <br><br> **Suresh Rayncha, Phsician PC** <br> **1 Oxford Crossing, Ste 6** <br> **New Hartford, NY 13413** | | - | | **Medical** | | | | **15.00** |
| Account No. <br><br> **Suzanne M. Stanton** <br> **3811 Harding Road** <br> **Clinton, NY 13323** | | - | | | | | | **695.00** |
| Account No. <br><br> **Collection Consultants Corp** <br> **PO Box 319** <br> **Utica, NY 13503** | | | | Representing: <br> **Suzanne M. Stanton** | | | | **Notice Only** |
| Account No. <br><br> **Techno Services, LLC** <br> **55 Princeton Hightstown Rd** <br> **Suite 101** <br> **Princeton Junction, NJ 08550** | | - | | | | | | **Unknown** |

Sheet no. __**32**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **710.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller**                                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Danbury Mint**<br>**PO Box 371323**<br>**Pittsburgh, PA 15250** | | - | | | | | **77.00** |
| Account No.<br><br>**Universal Fidelity**<br>**PO Box 941911**<br>**Houston, TX 77094-8911** | | | **Representing:**<br>**The Danbury Mint** | | | | **Notice Only** |
| Account No. **Multiple Account**<br><br>**TIME WARNER CABLE**<br>**PO Box 2086**<br>**Binghamton, NY 13902-2086** | | - | | | | | **2,385.00** |
| Account No.<br><br>**Credit Management**<br>**17070 Dallas Pkwy**<br>**Dallas, TX 75248** | | | **Representing:**<br>**TIME WARNER CABLE** | | | | **Notice Only** |
| Account No.<br><br>**NCO FINANCIAL SYSTEMS**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**TIME WARNER CABLE** | | | | **Notice Only** |

Sheet no. __**33**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,462.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary A. Miller** _____,      Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Risk Management Alternatives**<br>**802 E Martintown Rd Ste 201**<br>**North Augusta, SC 29841-5352** | | | Representing:<br>**TIME WARNER CABLE** | | | | **Notice Only** |
| Account No.<br><br>**Todd A Gioeli**<br>**79 West Seventh St.**<br>**Oneida, NY 13421** | - | | **Judgment** | | | | **3,016.00** |
| Account No.<br><br>**Collection Consultants Corp**<br>**PO Box 319**<br>**Utica, NY 13503** | | | Representing:<br>**Todd A Gioeli** | | | | **Notice Only** |
| Account No.<br><br>**Robert S. Hershman, Esq.**<br>**PO Box 1052**<br>**Utica, NY 13503** | | | Representing:<br>**Todd A Gioeli** | | | | **Notice Only** |
| Account No. **493807**<br><br>**Usa Datanet**<br>**318 South Clinton Street, Ste 502**<br>**Syracuse, NY 13202-1135** | - | | | | | | **126.00** |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,142.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**
_____,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **00005824001** | | | | Medical | | | | |
| **Utica Emergency Physicians** **3075 E. Imperial Hwy, #20** **Brea, CA 92821** | | - | | | | | | 515.00 |
| Account No. | | | | | | | | |
| **CMRE FINANCIAL SERVICES INC** **3075 E. Imperial Hwy, #200** **Brea, CA 92821** | | | | **Representing:** **Utica Emergency Physicians** | | | | **Notice Only** |
| Account No. **125-8033** | | | | | | | | |
| **Veritas Instrument Rental Incorporated** **PO Box 950** **Pinellas Park, FL 33780** | | - | | | | | | **Unknown** |
| Account No. **Multiple Accounts** | | | | | | | | |
| **VERIZON** **404 BROCK DRIVE** **BLOOMINGTON, IL 61701** | | - | | | | | | **829.00** |
| Account No. | | | | | | | | |
| **AFNI, INC.** **ATTN:  DP RECOVERY SUPPORT** **PO BOX 3427** **BLOOMINGTON, IL 61702** | | | | **Representing:** **VERIZON** | | | | **Notice Only** |

Sheet no. __**35**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,344.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mary A. Miller**                                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MKS Financial Services Inc**<br>**701 S. Industrial Blvd., Ste 110**<br>**Euless, TX 76040** | | | Representing:<br>**VERIZON** | | | | **Notice Only** |
| Account No. <br><br>**PRESSLER & PRESSLER**<br>**305 Broadway 9th Floor**<br>**New York, NY 10007** | | | Representing:<br>**VERIZON** | | | | **Notice Only** |
| Account No. **4317-3200-7187-6157** <br><br>**Visa**<br>**PO Box 17313**<br>**Baltimore, MD 21297-1313** | | - | | | | | **329.00** |
| Account No. **617757036** <br><br>**Wfcb/Blair Catalog**<br>**Bankruptcy Department**<br>**PO Box 183043**<br>**Columbus, OH 43218-3043** | | - | | | | | **86.00** |
| Account No. <br><br>**ASSET ACCEPTANCE**<br>**PO BOX 2036**<br>**WARREN, MI 48090-2036** | | | Representing:<br>**Wfcb/Blair Catalog** | | | | **Notice Only** |

Sheet no. __**36**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **415.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mary A. Miller**                                                        ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C16-3702** | | - | | | | | |
| William A. Graber MD PO Box 2003 East Syracuse, NY 13057 | | | | | | | 105.00 |
| Account No. | | - | | | | | |
| Wonder Time PO Box 37400 Boone, IA 50037-0400 | | | | | | | 10.00 |
| Account No. | | | Representing: Wonder Time | | | | Notice Only |
| Central Billing Services PO Box 37400 Boone, IA 50037 | | | | | | | |
| Account No. **2890** | | - | | | | | |
| Wood Forest PO Box 7889 The Woodlands, TX 77387-7889 | | | | | | | 330.00 |
| Account No. | | - | | | | | |
| Zoo Books PO Box 85509 San Diego, CA 92186-5509 | | | | | | | 20.00 |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 465.00 |
| Total (Report on Summary of Schedules) | | 87,851.74 |

B6G (Official Form 6G) (12/07)

.

In re    **Mary A. Miller**                                                                    ,         Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Mary A. Miller** _____,    Case No. _____

                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey T. Ausman**<br>**8208 Lewis Point Rd.**<br>**Canastota, NY 13032** | **ALLIANCE BANK**<br>**One Park Place**<br>**300 South State ST**<br>**Syracuse, NY 13202** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1 **Mary A. Miller**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                           12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Home Health Aide |  |
| Employer's name | Dignity Plus, Inc. |  |
| Employer's address | PO Box 173<br>Central Square, NY 13036 |  |
| How long employed there? | 8 months |  |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,924.31 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 2,924.31 | $ N/A |

Debtor 1    **Mary A. Miller**                                                                     Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $  **2,924.31** | $  **N/A** |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $  **497.19** | $  **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $  **0.00** | $  **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $  **0.00** | $  **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $  **0.00** | $  **N/A** |
| 5e. | Insurance | 5e. | $  **0.00** | $  **N/A** |
| 5f. | Domestic support obligations | 5f. | $  **0.00** | $  **N/A** |
| 5g. | Union dues | 5g. | $  **0.00** | $  **N/A** |
| 5h.+ | Other deductions. Specify: | 5h.+ | $  **0.00** + | $  **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $  **497.19**   $  **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $  **2,427.12**   $  **N/A**

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **N/A** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **N/A** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **N/A** |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  **0.00** | $  **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **N/A** |
| 8h.+ | **Other monthly income. Specify:**   B/F Contribution | 8h.+ | $  **379.00** + | $  **N/A** |
| | tax refund | | $  **467.75** | $  **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $  **846.75**   $  **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $  **3,273.87** + $  **N/A** = $  **3,273.87**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:                                                                               11.  +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                       12.  $  **3,273.87**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Mary A. Miller** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |
| | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 850.00

   **If not included in line 4:**

   4a.    Real estate taxes     4a. $ _____ 0.00
   4b.    Property, homeowner's, or renter's insurance     4b. $ _____ 0.00
   4c.    Home maintenance, repair, and upkeep expenses     4c. $ _____ 0.00
   4d.    Homeowner's association or condominium dues     4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ 0.00

Debtor 1    **Mary A. Miller**                                                    Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | **150.00** |
| | 6b.    Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **50.00** |
| | 6d.    Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **450.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **55.00** |
| 10. | **Personal care products and services** | 10. $ | **45.00** |
| 11. | **Medical and dental expenses** | 11. $ | **25.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **870.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **75.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | **0.00** |
| | 15b.   Health insurance | 15b. $ | **0.00** |
| | 15c.   Vehicle insurance | 15c. $ | **229.00** |
| | 15d.   Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | **337.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.   Other. Specify: | 17c. $ | **0.00** |
| | 17d.   Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | **0.00** |
| | 20b.   Real estate taxes | 20b. $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:    **Pet Care** | 21. +$ | **20.00** |
| | **car maint** | +$ | **90.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22.   $ | **3,246.00** |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,273.87** |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. -$ | **3,246.00** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **27.87** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.      **Debtor travels 100 miles a day for work**
   Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    **Mary A. Miller**                                                                                 Case No.    _____
                                                    Debtor(s)                Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 8, 2015**                              Signature    **/s/ Mary A. Miller**
                                                                                **Mary A. Miller**
                                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of New York

In re    **Mary A. Miller**                                      Case No.

                                       Debtor(s)           Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,134.00** | **2015 ytd income** |
| **$17,030.00** | **2014 income** |
| **$16,645.00** | **2013 income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$971.00** | **2013 unemployment** |

B7 (Official Form 7) (04/13)
2

|  | AMOUNT | SOURCE |
|--|--------|--------|
|  | **$1,215.00** | **2014 unemployment** |

### 3. Payments to creditors

None ☐

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Time Buyers Inc.**<br>**3313 Seneca Tpke**<br>**Canastota, NY 13032** | **last three months** | **$1,011.00** | **$5,213.00** |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Oneida Healthcare v. Mary Miller** | **collection** | **Oneida City Court - NYS** | **pending** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CREDIT ACCEPTANCE CORPERATION**<br>**A Michigan Corporation**<br>**25505 West Twelve Mile Rd PO Box 513**<br>**Southfield, MI 48034** | **2015** | **wage garnishment** |

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harris-Courage & Grady, PLLC 225 Greenfield Parkway Ste. 107 Liverpool, NY 13088** | | **$1,124.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **boyfriend** | **2014** | **1986 Honda VF1100 Magna - transfered to boyfriend** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **NYS DEPARTEMENT OF TAX** **BANKRUPTCY SECTION** **PO BOX 5300** **ALBANY, NY 12205-0300** | **2015** | **$868** |

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **238 A Genesee Street, Canastota, NY** | | **2010 - 2013** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June  8, 2015**                      Signature   **/s/ Mary A. Miller**

**Mary A. Miller**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of New York

In re  **Mary A. Miller** _____    Case No. _____
                                    Debtor(s)       Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Time Buyers Inc.** | **Describe Property Securing Debt:**<br>**2008 Nissan Altima** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June  8, 2015** _____        Signature  **/s/ Mary A. Miller** _____
                                                                **Mary A. Miller**
                                                                Debtor

# United States Bankruptcy Court
## Northern District of New York

In re **Mary A. Miller** _____    Case No. _____

_____ Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,124.00** |
| Prior to the filing of this statement I have received | $ | **1,124.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All matters specifically not stated above. Does not include any motions or adversaries, including, but not limited to Motions to Modify, Motions to Avoid, Adversaries (filing or answering), Answering Motions for Relief, Answering Motions to Dismiss, Applications or Motions to Incur Non-emergency debt, Motions to Sell, Motions to Convert, Motions to Sever, Motion to Redeem, Motion for Violation of the Automatic Stay, Motion for Violation of the Permanent Injunction, Loss Mitigation, credit improvement programs, student loan repayment plans.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June  8, 2015** _____    **/s/ Jessica G. Grady**
                                                        **Jessica G. Grady**
                                                        **Harris-Courage & Grady, PLLC**
                                                        **225 Greenfield Parkway**
                                                        **Ste. 107**
                                                        **Liverpool, NY 13088**
                                                        **315-445-5608  Fax: 315-445-0738**
                                                        **office@harrisbankruptcy.com**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of New York

In re   **Mary A. Miller** _____     Case No. _____
_____
Debtor(s)                                  Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Mary A. Miller** _____     X   _/s/ Mary A. Miller_____     **June  8, 2015**___
Printed Name(s) of Debtor(s)                        Signature of Debtor                Date

Case No. (if known) _____     X   _____
                                                          Signature of Joint Debtor (if any)        Date

_____

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    **Mary A. Miller**                                                                                    ,
         **FKA Mary A Wallis; FKA Mary A Cronin; AKA Mary A King**

                              Debtor                              Case No.

                                                                  Chapter    **7**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**xxx-xx-8764**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Jessica G. Grady**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **June  8, 2015**

                                        **/s/ Jessica G. Grady**
                                        **Jessica G. Grady**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Abc Distributing, LLC
PO Box 619000
North Miami, FL 33261-9000


AFNI, INC.
ATTN: DP RECOVERY SUPPORT
PO BOX 3427
BLOOMINGTON, IL 61702


Akron Billing Center
3585 Ridge Park Dr.
Akron, OH 44333


Albert Damian Associates Inc.
PO Box 205
Syracuse, NY 13211


Alexander's Garden Gallery
RR #5 Box 163
Canastota, NY 13032


ALLIANCE 1
4850 STREET RD. STE 300
TREVOSE, PA 19053


ALLIANCE BANK
One Park Place
300 South State ST
Syracuse, NY 13202


Alliance One Receivables Management, Inc
1684 Woodlands Dr. Ste 150
Maumee, OH 43537


Allied Data Corporation
13111 Westheimer Ste 400
TX 77077-5547


American Recovery Systems
PO Box 456
Rome, NY 13442-0456


Anand Desai, MD PC
PO Box 456
Rome, NY 13442

AOL Online
PO Box 30622
Tampa, FL 33630-3622


ARROW FINANCIAL SERVICES
5996 W. TOUHY AVE
NILES, IL 60714


Assecare Inc
5100 Peachtree Industrial Blvd
Norcross, GA 30071


ASSET ACCEPTANCE
PO BOX 2036
WARREN, MI 48090-2036


AT&T
PO Box 8110
Aurora, IL 60507-8110


Avon
413 Bacon Street
Utica, NY 13501


BANK OF AMERICA
ATTN: BANKRUPTCY DEPT, NC4-105-03-14
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27420


Bell Atlantic
PO Box 15124
Albany, NY 12212-5124


BENEFICIAL
ATTN: BANKRUPTCY DEPT
961 WEIGEL AVE
ELMHURST, IL 60126-1058


Best Bank
4000 West Brown Deer Rd
Milwaukee, WI 53209


Better Homes & Gardens
PO Box 10670
DesMoines, IA 50336-0670

Blair Classic
PO Box 29239
Shawnee Mission, KS 66201-9239


Bradford Editions
PO Box 836
Morton Grove, IL 60053


Bradford Exchange
PO Box 836
Morton Grove, IL 60053


CAPITAL ONE
BANKRUPTCY DEPARTMENT
PO BOX 30285
SALT LAKE CITY, UT 84130


Card Processing Center
PO Box 183018
Columbus, OH 43218


CAVALRY PORTFOLIO SERVICES
ATTN: BANKRUPTCY DEPT
PO BOX 1017
HAWTHORNE, NY 10532


Central Billing Services
PO Box 37400
Boone, IA 50037


Central NY Cardiology
2211 Genesee St. Suite 200
Utica, NY 13501


Centrex Clinical Laboratories
28 Campion Rd
New Hartford, NY 13413


Chittenango Medical & Wellness Assoc.
227 East Genesee St.
Chittenango, NY 13037


Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

CMRE FINANCIAL SERVICES INC
3075 E. Imperial Hwy, #200
Brea, CA 92821


Collection Bureau Of The Hudson Valley,
PO Bxo 831
Newburgh, NY 12551


Collection Consultants Corp
PO Box 319
Utica, NY 13503


Community Memorial Hospital
150 Broad St.
Hamilton, NY 13346


Computer Credit, Inc.
640 West Fourth St., PO Box 5238
Winston-Salem, NC 27113-5238


Cosmetique
PO Box 94061
Palatine, IL 60094


CRA Security Systems
PO Box 67555
Harrisburg, PA 17106-7555


CREDIT ACCEPTANCE CORPERATION
A Michigan Corporation
25505 West Twelve Mile Rd PO Box 513
Southfield, MI 48034


Credit Bureau Services
821 Pe Emption Road Bldg 100
Geneva, NY 14456-2061


Credit Collection Services
PO Box 55126
Boston, MA 02205-5126


Credit Collection Services
Two Wells Ave.
Needham, MA 02494

Credit Collections Svc
Po Box 773
Needham, MA 02494


Credit Management
17070 Dallas Pkwy
Dallas, TX 75248


Credit Management Group LLC
301 Keith St. SW #204
Cleveland, TN 37311


Cross Country Bank
PO Box 15371
Wilmington, DE 19850


Crossing Book Club
PO Bxo 6400
Camp Hill, PA 17012-6400


Direct Marketing Credit Services
PO Box 863
Glendale, CA 91209


Diversfied Adjustment Service, Inc.
600 Coon Rapids Blvd
Coon Rapids, MN 55433


Dr. Elmasouri
24 Mexico St.
Camden, NY 13316


Emergency Care Services Of NY
PO Box 740021
Cincinnati, OH 45274-0021


ERS SOLUTIONS
PO BOX 9004
RENTON, WA 98057


Falcon Recovery Systems
PO Box 552
Canton, NY 13617

Family Health Center Of
Community Memorial Hospital
PO Box 317
Hamilton, NY 13346


Fashion Services Corp
366 Persall Ave. #7
Cedarhurst, NY 11516


Faxton St. Luke's Healthcare
PO Box 4849
Utica, NY 13504


FIRST NATIONAL BANK OF MARIN/CREDIT ONE
585 PILOT ROAD
LAS VEGAS, NV 89119


First National Collect Bureau, Inc.
610 Waltham Way
Sparks, NV 89434


FIRST PREMIER BANK
ATTN:  CORRESPONDENCE DEPT
3820 N LOUISE AVE
SIOUX FALLS, SD 57107


FMS INC Forme
4915 S Union Ave
Tulsa, OK 74107-7839


Food And Family
1716 Locust Street
Desmoines, IA 50309-3023


FORD MOTOR CREDIT COMPANY
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153-7901


Frontier
PO Box 20827
Rochester, NY 14602-0827

GEICO
4608 WILLARD AVE
CHEVEY CHASE, MD 20815


Great Lakes Collection Bureau Inc.
45 Oak Street
Buffalo, NY 14203-2697


Great Lakes Dental Services PC
107 East Chestnut St.
Rome, NY 13057


Grolier Collectibles
90 Sherman Turnpike
Danbury, CT 06816


Happy Valley Animal Hospital
6127 Happy Valley Road
Verona, NY 13478


HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5253
CAROL STREAM, IL 60197


IC SYSTEMS
PO BOX 64378
ST PAUL, MN 55164


IDT TELECOM
Attn: Bankruptcy Department
520 Broad St.
Newark, NJ 07102


Integrated Capital
11100 Santa Monica Blvd Ste. 360
Los Angeles, CA 90025


Jeffrey T. Ausman
8208 Lewis Point Rd.
Canastota, NY 13032


Kozhaya Karrat
317 Higby Rd.
New Hartford, NY 13413

Law Office Of Laurence A. Hecker
2C South Gold Drive
Hamilton, NJ 08691


Law Office Of Mitchell N. Kay, P.C.
7 Penn Plaza
New York, NY 10001-3995


Lenox Collections
PO Box 735
Bristol, PA 19007


LeSchack & Grodensky PC
20 Thomas St.
New York, NY 10007


LTD Financial Services
7322 Southwest Freeway Suite 1600
Houston, TX 77074


Madison County Dept Of Soc Serv
PO Box 637
Wampsville, NY 13163


Management Outsourcing Solution & Techno
2C South Gold Drive
Trenton, NJ 08691


MCI
ATTN: APD-BANKRUPTCY
500 TECHNOLOGY DRIVE-STE 300
WELDON SPRING, MO 63304


MED REV RECOVERIES, INC.
PO BOX 4712
SYRACUSE, NY 13221-4712


MED REV RECOVERIES, INC.
424 PEARL ST.
SYRACUSE, NY 13203


MEID Construction
1341 Middle Rd.
Oneida, NY 13421

Mercantile Adjustment Bureau
PO Box 9016
Williamsville, NY 14231


Metropolitan Consumer Collection Service
PO Box 50002
Watsonville, NY 95077


Midland Credit Management
8875 Aero Dr Ste 200
San Diego, CA 92123-2255


MKS Financial Services Inc
701 S. Industrial Blvd., Ste 110
Euless, TX 76040


Mohammed S. Seedat MD
1009 East Ave
Rome, NY 13440


Mohawk Valley Network, Inc
PO Box 4849
Utica, NY 13504


MRS Associates
3 Executive Campus, Ste 400
Cherry HIll, NJ 08002


Mystery Book Club
96 Forest Garden Rd.
Stevensville, MD 21666


NATIONAL GRID
ATTN: BANKRUPTCY DEPT.
300 ERIE BLVD. WEST
SYRACUSE, NY 13202-4250


NCO FINANCIAL SYSTEMS
507 Prudential Road
Horsham, PA 19044


Ncs Inc.
PO Box 1285
Melville, NY 11747

New Century Financial Serivces, Inc.
110 S Jefferson RD STE 4
Whippany, NJ 07981


NIAGARA MOHAWK
ATTN: BANKRUPTCY DEPT.
300 ERIE BLVD. WEST
SYRACUSE, NY 13202-4250


North Shore Agency, Inc.
270 Spagnoli Road
Melville, NY 11747


North Shore Agency, Inc.
4000 East Fifth Ave
Columbus, OH 43219


NYSEG
ATTN: BANKRUPTCY DEPT.
PO BOX 5240
BINGHAMTON, NY 13902-5240


Oneida Animal Hospital
101 Genesee Street
Oneida, NY 13421


Oneida Daily Dispatch
130 Broad Street
Oneida, NY 13421


Oneida Healthcare Center
321 Genesee Street
Oneida, NY 13421


Oneida Healthcare Rad Assoc  PC
PO Box 6120
Watertown, NY 13601-6120


Oneida Medical Associates
301 Genesee Street STe B
Oneida, NY 13421


OSI Collection Service
PO Box 4918
Trenton, NJ 08650

Oxmoor House
2100 Lakeshore Dr.
Birmingham, AL 35209


P. Scott Lowery, PC
4500 Cherry Creek Drive South, Ste. 700
Denver, CO 80246


Pathology Asoc. Of Syr. Lab PLLC
PO Box 37313
Syracuse, NY 13235


Penn Credit Corporation
916 S. 14th Street
Harrisburg, PA 17104


Penncro Associates
PO Box 538
Oaks, PA 19456


Peter M. Hobaica Esq
2415 Genesee St.
Utica, NY 13501


Plains Commerce Bank
2101 W. 41st St. Ste 34
Sioux Falls, SD 57105


Popular Club
22 Lincoln Pl
Garfield, NJ 07026


PORTFOLIO RECOVERY ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 41067
NORFOLK, VA 23541


Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962


Preferred Mutual Insurance
Main St.
PO Box 190
Morrisville, NY 13408

PRESSLER & PRESSLER
305 Broadway 9th Floor
New York, NY 10007


Prevention
PO Box 7319
Red Oak, IA 51591-0319


Progressive
PO Box 7247-0308
Philadelphia, PA 19170-0001


Publishers Clearing House
PO Box 26305
Lehigh Valley, PA 18002-6305


Publishers Clearing House
PO Box 4002936
Des Moines, IA 50340-2936


Rad Assoc Of New Hartford
PO Box 2009
East Syracuse, NY 13057


Radiology Associates Of Oneida
185 Genesee Street, St. 600
Utica, NY 13501


Reader Service
PO Box 9025
Buffalo, NY 14269


Readers Digest
PO Box 50005
Prescott, AZ 86304-5005


Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036


Rewards Network
2 N. Riveride Plaza Suite 950
Chicago, IL 60606

Riehlman Shafer & Shafer
397 State Route 281
Tully, NY 13159-2486


Risk Management Alternatives
802 E Martintown Rd Ste 201
North Augusta, SC 29841-5352


RJM ACQ
575 Underhill Blvd Suite 224
Syosset, NY 11791


RMCB
PO Box 1234
Elmsford, NY 10523-0934


ROBERT P. ROTHMAN, ESQ
SUITE 107
120 E. WASHINGTON ST
SYRACUSE, NY 13202


Robert S. Hershman, Esq.
PO Box 1052
Utica, NY 13503


rodale
PO Box 6001
Emmaus, PA 18098


Rodale
33 E. Minor Street
Emmaus, PA 18098


Rome Emergency Services
484 Temple Hill Rd Ste 104
New Windsor, NY 12553-5529


Rome Medical Radiology
185 Genesee Street, Ste 600
Utica, NY 13501


ROME MEMORIAL HOSPITAL
1500 NORTH JAMES ST
ROME, NY 13440

Senex Service Corp.
PO Box 505
Linden, MI 48451


Senex Services
1574 Momentum Place
Chicago, IL 60689


SOLOMON & SOLOMON
FIVE COLUMBIA CIRCLE
ALBANY, NY 12203


Solomon & Solomon P C
5 Columbia Circle
Albany, NY 12203


Southern Tier Credit Bureau
PO Box 118
Hornell, NY 14843-1527


SPIEGEL
ATTN: BANKRUPTCY
PO BOX 9428
HAMPTON, VA 23541


Sprint
PO Box 1769
Newark, NJ 07101-1769


St. Elizabeth Medical Center
2209 Genesee St
Utica, NY 13501-5930


Stephen Einstein & Associates, P.C.
20 Vesey Street, Ste. 1406
New York, NY 10007


Steven A. Levine D.O
Pulmonary/Critcal Care & Sleep Medicine
89 Genesee St.
New Hartford, NY 13413


Stewart D. Pratt
502 Burnet Street
Utica, NY 13501

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735


Suresh Rayncha, Phsician PC
1 Oxford Crossing, Ste 6
New Hartford, NY 13413


Suzanne M. Stanton
3811 Harding Road
Clinton, NY 13323


Takhar Collection Services
537-1623 Military Rd.
Niagara Falls, NY 14304


Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154-1207


Techno Services, LLC
55 Princeton Hightstown Rd
Suite 101
Princeton Junction, NJ 08550


The Danbury Mint
PO Box 371323
Pittsburgh, PA 15250


Time Buyers Inc.
3313 Seneca Tpke
Canastota, NY 13032


TIME WARNER CABLE
PO Box 2086
Binghamton, NY 13902-2086


Todd A Gioeli
79 West Seventh St.
Oneida, NY 13421


Universal Fidelity
PO Box 941911
Houston, TX 77094-8911

Usa Datanet
318 South Clinton Street, Ste 502
Syracuse, NY 13202-1135


USA Enterprises Inc.
639 Myrtle Ave
Trevose, PA 19053


Utica Emergency Physicians
3075 E. Imperial Hwy, #20
Brea, CA 92821


Veritas Instrument Rental Incorporated
PO Box 950
Pinellas Park, FL 33780


VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701


Visa
PO Box 17313
Baltimore, MD 21297-1313


Wfcb/Blair Catalog
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043


William A. Graber MD
PO Box 2003
East Syracuse, NY 13057


Wonder Time
PO Box 37400
Boone, IA 50037-0400


Wood Forest
PO Box 7889
The Woodlands, TX 77387-7889


Zoo Books
PO Box 85509
San Diego, CA 92186-5509

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| Debtor 1  **Mary A. Miller** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2). |
| United States Bankruptcy Court for the:  Northern District of New York | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| **Part 1:** | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,822.29 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 379.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

   | | | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from a business, profession, or farm | $ 0.00  Copy here -> | $ 0.00 | $ |

| 6. | **Net income from rental and other real property** | | |

   | | | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from rental or other real property | $ 0.00  Copy here -> | $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | | $ 0.00 | $ |

Debtor 1    **Mary A. Miller**                                    Case number (*if known*)

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                    $ 0.00

For your spouse                                            $

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. | $ 0.00 | $ |
| 10b. | $ 0.00 | $ |
| 10c.   Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 3,201.29 | + $ | = $ 3,201.29 |
|---|---|---|
| | | **Total current monthly income** |

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........... Copy line 11 here=>    12a. $ 3,201.29

Multiply by 12 (the number of months in a year)                                            x 12

12b. The result is your annual income for this part of the form                       12b. $ 38,415.48

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                              NY

Fill in the number of people in your household.                  1

Fill in the median family income for your state and size of household. ..................    13. $ 49,632.00

14. **How do the lines compare?**

14a. ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
         Go to Part 3 and fill out Form 22A-2.

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Mary A. Miller

**Mary A. Miller**
Signature of Debtor 1

Date **June  8, 2015**
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Debtor 1 __Mary A. Miller_____          Case number (*if known*) _____

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2014** to **05/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **dignity**
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income:  __$7,226.25__  from check dated  ___11/30/2014___  .
Ending Year-to-Date Income:  __$10,026.25__  from check dated  ___12/24/2014___  .

This Year:
Current Year-to-Date Income:  __$14,133.72__  from check dated  ___5/29/2015___  .

Income for six-month period (Current+(Ending-Starting)):  __$16,933.72__  .
Average Monthly Income:  __$2,822.29__  .

**Line 4 - Contributions to household expenses of the debtor or dependents**
Source of Income: **bf**
Constant income of **$379.00** per month.